DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEYLA ROSARIO-LUGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2624

_____

January 22, 2025

Appeal from the Circuit Court for Hillsborough County; Robin Fernandez Fuson, Judge.

Blair Allen, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

We affirm Keyla Rosario-Lugo's judgment and sentence for battery without comment but remand for the trial court to reduce its oral pronouncement of competency to a written order nunc pro tunc to the date of the competency hearing. *See* Fla. R. Crim. P. 3.212(b) ("If the court finds the defendant competent to proceed, the court must enter its order so finding and proceed."); *Childs v. State*, 44 So. 3d 216, 217 (Fla.

2d DCA 2010) (remanding for the trial court to enter a written order of competency nunc pro tunc to the date the court orally found the defendant competent to stand trial).

Affirmed with directions.

NORTHCUTT, KELLY, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.